IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHAD ELLIOT JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>KATE BROWN, in her official capacity as Governor of the State of Oregon<br><br>        Defendant. | Case No. 1:19-cv-000172-CL<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 32), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 32) is adopted. Defendant's Motion (ECF No. 27) is GRANTED and Plaintiff's Motion (ECF No. 28) is DENIED. This case is dismissed with prejudice.

IT IS SO ORDERED.

    DATED this 8th day of October, 2020.

                                                        /s/ Michael J. McShane
                                                        Michael McShane
                                                  United States District Judge

1 –ORDER